**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6716**

---

ST. CLAIR A. ALLMOND,

                                        Plaintiff - Appellant,

        versus

CHRISTOPHER PREUSS, Sergeant; ERVIN J. TAYLOR,
Officer; VIRGINIA COMMONWEALTH UNIVERSITY PO-
LICE DEPARTMENT,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-01-246-2)

---

Submitted: June 21, 2001          Decided: July 5, 2001

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

St. Clair A. Allmond, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

St. Clair A. Allmond appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Allmond v. Preuss, No. CA-01-246-2 (E.D. Va. Apr. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2